WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Ernie Laroy Bonser,  Defendant. | CR 11-04040-001-PCT-MEA  **ORDER** |

A.R.S. §28-1177D states in regard to the collection of OHV fees as follows:

> "The director shall deposit, pursuant to sections 35-146 and 35-147, seventy per cent of the user fees collected pursuant to this section in the off-highway vehicle recreation fund established by section 28-1176 and thirty per cent of the user fees collected pursuant to this section in the Arizona highway user revenue fund."

The parties are ORDERED to file simultaneous briefs within ten (10) days of this order addressing whether the United States Forest Service receives any portion of the revenue stream generated by the State of Arizona OHV fee system or any other benefit as a result of the OHV fee system.

DATED this 12th day of April, 2011.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge